# MINUTES

F I L E D

OCT 2 3 2002

CLERK
U. S. DISTRICT COURT
MIDDLE DIST OF ALA.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.    MYRON H. THOMPSON,    JUDGE          AT    MONTGOMERY,    ALABAMA

DATE COMMENCED   OCTOBER 15, 2002          AT          10:00          A.M./P.M.

DATE COMPLETED   OCTOBER 23, 2002          AT          12:10          A.M./P.M.

| | | |
|---|---|---|
| STEPEN R. GLASSROTH, | ) | |
| BEVERLY J. HOWARD | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v | ) | CA NO 01-T-1268-N |
| | ) | |
| ROY S. MOORE, etc., | ) | |
| | ) | |
| Defendant. | ) | |
| | | |
| MELINDA MADDOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | CA NO 01-T-1269-N |
| | ) | |
| ROY S. MOORE, etc., | ) | |
| | ) | |
| Defendant. | ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| Attys: Morris Dees, Jr., Rhonda | X | Attys:  Herbert Titus, D. Stephen |
| Brownstein, Danielle Lipow, | X | Melchior, Phillip |
| | | Jauregui |
| J. Richard Cohen, Robert | X | |
| Weinberg, William Messer | X | |
| Robert Varley | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Mitchell Reisner, | Dan Lenerz, Archana Prakash, | Sheila Carnes, |
|---|---|---|
| Ct Rptr | Cindy Chung, Law Clerks | Ctrm Clk |

PROCEEDINGS:

(x)   NONJURY TRIAL
( )   OTHER PROCEEDING:

10:00  a.m.          Court convened; nonjury trial commenced.

MINUTES - NONJURY TRIAL COMMENCING OCTOBER 15, 2002, BEFORE JUDGE THOMPSON
CA NO. 01-T-1268-N; STEPHEN R. GLASSROTH v ROY S. MOORE, etc.

| | | |
|---|---|---|
| 10:01 | a.m. | Plaintiffs' opening statement (Atty Dees; 19 mins). Video played (objection thereto overruled). |
| 10:21 | a.m. | Defendant's opening statement (Atty Titus; 16 mins). Plaintiffs' exhibits to which there are no objections admitted.  Witness Rule invoked. |
| 10:42 | a.m. | Plaintiffs' evidence commenced. |
| 12:03 | a.m. | Lunch. |
| 1:07 | p.m. | Trial continued. Defendant's exhibits to which there are no objections (N, W, X, Y, Z, AA, F-K) admitted. |
| 2:25 | p.m. | Break. |
| 2:45 | p.m. | trial continued. Defendant's unnumbered exhibit, re Supreme Court case offered for admission; matter taken under advisement. |
| 5:15 | p.m. | Court recessed until 1:30 p.m., 10/16/02. |

## 10-16-02:

| | | |
|---|---|---|
| 1:30 | p.m. | (Defendant's oral withdrawal of 10/15/02 tender of exhibits to which there are no objections.) Court reconvened; trial continued. Defendants DIRECTED to provide the clerk a clear and concise list of defendant's exhibits to which there are no objections (at the break).  Defendant's exhibits HH1, HH2, and HH3 offered; HH1 and HH2 admitted; ruling reserved on HH3.  Plaintiffs' exhibits 44, 45, and 46 offered and admitted.  Judge Moore's recent opinion to be marked and offered as an exhibit; admitted when provided to clerk.  Judge Moore's Cumberland Law Review Articles to be marked and offered by plaintiffs. |
| 1:38 | p.m. | Plaintiffs' evidence continued. |
| 3:00 | p.m. | Break. |
| 3:17 | p.m. | Trial continued. Court directs that transcripts are admitted as secondary evidence to tapes. |
| 4:30 | p.m. | Break. |
| 4:45 | p.m. | Trial continued. |
| 5:15 | p.m. | Court recessed until 9:30, 10/17/02. |

## 10-17-02:

| | | |
|---|---|---|
| 9:45 | a.m. | In-chambers conference, off the record (re chart with photos removed from Court's lobby). Court reconvened; housekeeping matters: 1) certain persons allowed to sit at bar with defense counsel; 2) defendant's request to take testimony of experts out of turn -- request denied.  Defendant's withdrawal of objection to P47; exhibit admitted. |

MINUTES - NONJURY TRIAL COMMENCING OCTOBER 15, 2002, BEFORE JUDGE THOMPSON
CA NO. 01-T-1268-N; STEPHEN R. GLASSROTH v ROY S. MOORE, etc.


| | | |
|---|---|---|
| 9:50 | a.m. | Plaintiffs' evidence continued. |
| | | Plaintiffs directed to designate (to dft and Court) portions of videotapes relied on as evidence in this case. |
| 10:20 | a.m. | Break (fire drill). |
| 10:43 | a.m. | Trial continued. |
| 12:10 | p.m. | Lunch. |
| 1:12 | p.m. | In-chambers conference, off the record (re chart). |
| | | Trial continued. |
| 2:45 | p.m. | Break. |
| 3:02 | p.m. | Trial continued. |
| | | Plaintiffs rest (with certain rights reserved). |
| | | ⌐ Defendant's **oral motion** for judgment as a matter of law; **motion denied.** |
| 3:30 | p.m. | Defendant's evidence commenced. |
| | | Plaintiffs' objection to proposed testimony of Rabbi Novak; objection overruled. |
| 5:02 | p.m. | Break. |
| 5:14 | p.m. | Trial continued. |
| 5:35 | p.m. | Break. |
| 5:49 | p.m. | Trial continued. |
| 6:00 | p.m. | Court recessed until |


**10-18-02**:

| | | |
|---|---|---|
| 9:00 | a.m. | Court reconvened; non-jury trial continued. |
| | | P36A played in it's entirety. |
| 10:30 | a.m. | Break. |
| 10:45 | a.m. | Defendant's evidence continued. |
| 12:00 | p.m. | Lunch. |
| 1:22 | p.m. | defendant's evidence continued. |
| 3:25 | p.m. | Break. |
| 3:50 | p.m. | Housekeeping matters: |
| | | Objections to exhibits heard. |
| 4:05 | p.m. | Break (re exhibits). |
| 4:35 | p.m. | Objections to exhibits continued. |
| 5:35 | p.m. | Court recessed until 9:00 a.m., 10/21/02. |


**10-21-02**:

| | | |
|---|---|---|
| 9:00 | a.m. | Court reconvened; non-jury trial continued. |
| 10:50 | a.m. | Break. |
| 11:05 | a.m. | Non-jury trial continued. |

MINUTES - NONJURY TRIAL COMMENCING OCTOBER 15, 2002, BEFORE JUDGE THOMPSON
CA NO. 01-T-1268-N; STEPHEN R. GLASSROTH v ROY S. MOORE, etc.


| | | |
|---|---|---|
| 12:27 p.m. | | Lunch. |
| 1:30  p.m. | | Non-jury trial continued. |
| 2:25  p.m. | | Defendant rests. |
| | ➤ | Defendant's **ORAL MOTION** for Judgment as a Matter of Law;  **ORAL ORDER denying** motion. |
| 2:26  p.m. | | Plaintiffs' rebuttal evidence. |
| 3:30  p.m. | | Break. |
| 3:45  p.m. | | Non-jury trial continued. |
| 5:50  p.m. | | Court recessed until 9:00 a.m., 10/22/02. |


**10-22-02:**


| | |
|---|---|
| 9:00  a.m. | Court reconvened; non-jury trial continued. |
| 10:51 a.m. | Break. |
| 11:10 a.m. | Non-jury trial continued. |
| 12:05 p.m. | Lunch. |
| 1:11  p.m. | Non-jury trial continued. |
| 2:48  p.m. | Break. |
| 2:54  p.m. | Plaintiffs' rebuttal continued. Plaintiffs' Exh 39, deposition of Arthur Spitzer, admitted (subject to parties' submission nlt Friday of highlighted designations); defendants may designate additional Spitzer exhibits if appropriate at the time deposition is submitted. Parties oral stipulations re buildings and dimensions. Plaintiffs' rest. |
| 4:55  p.m. | Break. |
| 5:03  p.m. | Defendant's sur-rebuttal evidence. |
| 5:48  p.m. | Defendant rests. Court recessed until 10:00 a.m., 10/23/02 (for oral arguments). |


**10-23-02:**


| | |
|---|---|
| 10:00 a.m. | Court reconvened. Housekeeping matters:  Defendant's exhibits numbered A4 and E16 offered and admitted.  Defendant's exhibit O re-offered; plaintiffs' renewed objection; objection sustained. |
| 10:13 a.m. | Plaintiffs' closing argument (Atty Lipow,37 mins; Atty Kahn, 7 mins). |
| 10:58 a.m. | Defendant's closing argument (Atty Melchior, 40 mins; Atty Titus, 22 mins) |
| 12:00 p.m. | Plaintiffs' rebuttal (Atty Kahn; 8 mins). |
| 12:08 p.m. | Defendant's sur-rebuttal (Atty Titus; 2 mins). |
| 12:10 p.m. | Matter taken under advisement. Court adjourned. |

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


STEPHEN R. GLASSROTH, et al      )
                                 )
          Plaintiffs             )
                                 )
     v                           )     CA NO 01-T-1268-N
                                 )
ROY S. MOORE                     )
                                 )
          Defendant              )

MELINDA MADDOX                   )
                                 )
          Plaintiff              )
                                 )
     v                           )     CA NO 01-T-1269-N
                                 )
ROY S. MOORE                     )
                                 )
          Defendant              )

---

<u>PLAINTIFFS</u>                                    <u>DEFENDANT</u>


<u>WITNESS LIST</u>


**10-15-02:**                               **10-17-02:**

1)  Stephen Roger Glassroth                 6)  Rabbi David Novak

2)  Beverly Howard

3)  Melinda Maddox                          **10-18-02:**

                                            7)  Chief Justice Roy S. Moore

**10-16-02:**

4)  Richard Lewis Hobson, Jr.               **10-21-02:**

5)  Chief Justice Roy S. Moore              8)  Michael Novak


**10-17-02**

5)  Chief Justice Roy S. Moore

WITNESS LIST - CA NO 01-T-1268-N/01-T-1269-N; GLASSROTH, et al v MOORE
NONJURY TRIAL COMMENCING 10/15/02 BEFORE JUDGE MYRON H. THOMPSON

**REBUTTAL**

**10-21-02:**

9)  Edwin Gaustad

**10-22-02:**

10) Paul Finkelman

11) Randall Balmer

**SUR-REBUTTAL:**

**10-22-02**

12) Roy S. Moore

STEPHEN R. GLASSROTH , et al    **F I L E D**

Pltfs'
EXHIBITS

v

OCT 2 3 2002

NONJURY TRIAL COMMENCING 10/15/02          ROY S. MOORE

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| EXHIBITS: | **TWO BOXES AND TWO LARGE CHARTS –<br>LOCATED IN EXHIBIT ROOM** | | | | | Judge Myron Thompson, Presiding<br>Mitchell Reisner, Court Reporter |
|---|---|---|---|---|---|---|
| ADMITTED | DATE<br>OFFERED | DATE<br>IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| Yes | 10-18-02 | 10-18-02 | 1 | ---------- | X | Defendant's Answers to Plaintiffs' First Set of Interrogatories - Paragraphs 1, 2, 7 |
| Yes | 10-18-02 | 10-18-02 | 2 | ---------- | X | Defendant's Answers to Plaintiffs' Third Set of Interrogatories to Defendant Moore - Paragraphs 1, 4, 6, 8 |
| Yes ** | 10-18-02 | 10-17-02 | 3 | Moore | X | Defendant's Response to Plaintiffs' First Set of Requests to Defendant Moore to Admit Facts and Authenticity of Documents - Paragraphs 1, 2, 3, 4,5,10,11,13,15,16,17,18,19,20, 21,23, 25, 26,28,29,31 |
| Yes | 10-15-02 | 10-15-02 | 3-1 | ---------- | | Text of the Monument |
| Yes | 10-15-02 | 10-15-02 | 3-2 | ---------- | | "Comments of Alabama Supreme Court Chief Justice Roy S. Moore Regarding Monument" (Unveiling Speech) |
| Yes | 10-15-02 | 10-15-02 | 3-4 | ---------- | | Floor Plan of the Supreme Court Rotunda |
| Yes | 10-15-02 | 10-15-02 | 3-5 | ---------- | | Letter dated September 12. 2001, from Alvin Holmes to Roy Moore |
| Yes | 10-15-02 | 10-15-02 | 3-6 | ---------- | | Letter dated  September 27, 2001, from Roy Moore to Alvin Holmes |
| Yes | 10-16-02 | 10-16-02 | 4 | ---------- | X | Defendant's Response to Plaintiffs' Second Request to Defendant Moore to Admit Facts and Genuineness of Documents - Paragraphs 1,2,3,6,7,8,10,11,15,16,18,19 |
| Yes | 10-18-02 | 10-18-02 | 4A | ---------- | X | Billboard - "We Support the 'Ten Commandments Judge'" |
| Yes | 10-18-02 | 10-18-02 | 4B | ---------- | X | Billboard - "Still Standing for the Ten Commandments" (color) |

*In Part*

| | | | | | | |
|---|---|---|---|---|---|---|
| *DUPLICATE of: 7-103* | | | 4D | | | Moore Campaign Fundraising Letter from Kayla Moore |
| Yes | 10-18-02 | 10-18-02 | 4E | --------- | X | Moore Campaign Letter dated March 1, 2000, from Phillip Jauregui, Jr. |
| Yes | 10-18-02 | 10-18-02 | 4F | --------- | X | Moore Campaign Letter dated November 24, 2000, from Phillip Jauregui, Jr. |
| Yes | 10-18-02 | 10-18-02 | 5 | --------- | X | Defendant Moore' Response to Plaintiffs' Second Amended Second Request to Defendant Moore to admit Facts and Genuineness of Documents - Paragraph 4, 13 |
| Yes | 10-18-02 | 10-18-02 | 6 | --------- | X | Defendant Moore's Response to Order of Magistrate Delories R. Boyd dated April 8, 2002 |
| Yes | 10-18-02 | 10-17-02 | 6-2 | Moore | | Billboard - "Still Standing for The Ten Commandments" (color) |
| Yes | 10-18-02 | 10-18-02 | 6-10 | --------- | X | Advocacy Scripts for Telephone Solicitations |
| Yes | 10-16-02 | 10-16-02 | 7 | Moore | | Moore Deposition by Dees (see designations) |
| Yes | 10-18-02 | 10-17-02 | 7-1 | Moore | X | Billboard - "We Support the 'Ten Commandments Judge'" |
| Yes | 10-18-02 | 10-18-02 | 7-4 | --------- | X | Billboard - "Still Standing for the Ten Commandments" |
| Yes | 10-18-02 | 10-18-02 | 7-15 | --------- | X | Letter to Charlton Heston dated April 18, 2000 |
| Yes | 10-18-02 | 10-18-02 | 7-26 | --------- | X | Letter from Phillip Jauregui, Jr., dated November 24, 2000 |
| Yes | 10-18-02 | 10-18-02 | 7-37 | --------- | X | CRM Direct Mail Letter dated December 27, 2001, with "How you can help Chief Justice Moore" flier and note of encouragement |
| Yes | 10-15-02 | 10-15-02 | 7-66 | --------- | | Certificate of Appreciation to Stephen R. Glassroth from Chief Justice Moore, November 28, 2001 |
| Yes | 10-15-02 | 10-15-02 | 7-69 | --------- | | Deed of Gift, Moore to Moore August 1, 2001 |
| Yes | 10-15-02 | 10-15-02 | 7-72(A) | --------- | | Letter dated September 27, 2001, from Roy Moore to Alvin Holmes |
| Yes | 10-15-02 | 10-15-02 | 7-73 | --------- | | Text of King/Douglass Plaque |
| Yes | 10-15-02 | 10-15-02 | 7-76 | --------- | | Memo to Moore from Tuomala |
| Yes | 10-15-02 | 10-15-02 | 7-77(B) | --------- | | Photo - Front view of monument between two pillars |
| Yes | 10-15-02 | 10-15-02 | 7-77(E) | --------- | | Photo - Back view of monument |

| Yes | 10-15-02 | 10-15-02 | 7-77(F) | ----------- | | Photo - Top view of monument |
| Yes | 10-15-02 | 10-15-02 | 7-77(H) | ----------- | | Photo - Front view of monument |
| Yes | 10-15-02 | 10-15-02 | 7-77(I) | ----------- | | Photo - Side view of monument |
| Yes | 10-15-02 | 10-15-02 | 7-77(J) | ----------- | | Photo - Side view of monument |
| Yes | 10-15-02 | 10-15-02 | 7-77(K) | ----------- | | Photo - "Do Not Touch" sign, ropes and monument |
| Yes | 10-15-02 | 10-15-02 | 7-77(L) | ----------- | | Photo - Close view of King/Douglass Plaque |
| Yes | 10-15-02 | 10-15-02 | 7-77(M) | ----------- | | Photo - Long view of Bill of Rights Plaque |
| Yes | 10-15-02 | 10-15-02 | 7-77(N) | ----------- | | Photo - Close view of Bill of Rights Plaque |
| Yes | 10-15-02 | 10-15-02 | 7-77(O) | ----------- | | Photo - Long view of King/Douglass Plaque |
| | | | 7-79(A) | | | Moore's Supplemental Affidavit, March 5, 1997 |
| Yes | 10-15-02 | 10-15-02 | 7-80 | ----------- | | Floor Plan for the Supreme Court Rotunda |
| Yes | 10-15-02 | 10-15-02 | 7-80(A) | ----------- | | Alabama Supreme Court Rotunda Floor Plan - Enlarged Scale *Large Chart* |
| Yes | 10-18-02 | 10-16-02 | 7-86 | Moore | X | Moore's Calendar |
| Yes | 10-17-02 | 10-17-02 | 7-103 | Moore | | Karla Moore's Letter |
| Yes | 10-16-02 | 10-16-02 | 8 | Moore | | Moore Deposition by Khan |
| Yes # | 10-18-02 | 10-18-02 | 9 | ----------- | X | Rogeberg Deposition |
| Yes | 10-18-02 | 10-18-02 | 9-44 | ----------- | X | E-mail dated January 29, 2001, Tom Rogeberg to Mary Ann Bunker |
| Yes | 10-18-02 | 10-18-02 | 9-45 | ----------- | X | E-mail dated February 27, 2001, from John Aman to Tom Rogeberg |
| Yes | 10-18-02 | 10-18-02 | 9-47 | ----------- | X | Letter dated April 10, 2001, from Stephen Melchior to Tom Rogeberg |
| Yes | 10-18-02 | 10-18-02 | 9-48 | ----------- | X | Letter dated April 23, 2001, from Stephen Melchior to Tom Rogeberg |
| Yes | 10-18-02 | 10-18-02 | 9-53 | ----------- | X | E-mail dated October 31, 2001, from John Aman to Tom Rogeberg, et al |
| Yes | 10-18-02 | 10-18-02 | 9-57 | ----------- | X | E-mail dated February 18, 2002, from John Aman to Tom Rogeberg |
| Yes | 10-18-02 | 10-18-02 | 9-64 | Moore | X | Letter dated March 8, 2001, from Stephen Melchior to Tom Rogeberg |
| Yes | 10-18-02 | 10-18-02 | 9-66 | ----------- | X | E-mail dated February 11, 2002, from John Aman to Tom Rogeberg |

| | | | | | | |
|---|---|---|---|---|---|---|
| Yes | 10-18-02 | 10-18-02 | 9-68 | ---------- | X | Handwritten notes dated march 3, 2001, re conference call with Melchior |
| Yes | 10-18-02 | 10-18-02 | 10 | ---------- | X | Kennedy Deposition |
| Yes | 10-18-02 | 10-18-02 | 10-1 | ---------- | X | About Coral Ridge Ministries (CRM) |
| Yes | 10-18-02 | 10-18-02 | 10-2 | ---------- | X | Alabama Television Stations - The Coral Ridge Hour |
| Yes | 10-18-02 | 10-18-02 | 10-4 | ---------- | X | Alabama Radio Stations - Truths That Transform |
| Yes | 10-18-02 | 19-18-02 | 10-6 | ---------- | X | CRM and Chief Justice Roy Moore |
| Yes | 10-17-02 | 10-17-02 | 10-7 | Moore | | Video of CRM Television Program "One True God" (Ten Commandments Monument Installation), October 14, 2001 |
| Yes | 10-18-02 | 10-18-02 | 10-7(A) | ---------- | X | Title page of transcript of CRM television program "One True God" (including monument installation), October 14, 2001 |
| Yes | 10-17-02 | 10-17-02 | 10-8 | Moore | | Video of CRM Television Program "Ten Commandments on Trial," February 17, 2002 |
| Yes | 10-18-02 | 10-18-02 | 10-9 | ---------- | X | Title page of transcript of CRM television program "The Ten Commandments on Trial," February 17, 2002 |
| Yes | 10-16-02 | 10-16-02 | 10-13 | Moore | | Cassette Tape of CRM radio program "Defending the Ten Commandments" September 6, 2001 |
| Yes | 10-18-02 | 10-18-02 | 10-14 | ---------- | X | Title page of transcript of CRM radio program "Defending the Ten Commandments" September 6, 2001 |
| Yes | 10-17-02 | 10-17-02 | 10-15 | Moore | | Cassette tape of CRM radio program "Laws of Nature, Part I and II" |
| Yes | 10-18-02 | 10-18-02 | 10-18 | ---------- | X | Title page of transcript of CRM radio program "The Laws of Nature Part II," September 10, 2001 |
| Yes | 10-18-02 | 10-18-02 | 10-19 | ---------- | X | CRM Direct Mail Letter, September 10, 2001 |
| Yes # | 10-18-02 | 10-18-02 | 10-20 | ---------- | X | CRM Direct Mail Letter, December 27, 2001 |
| Yes | 10-18-02 | 10-18-02 | 10-21(B) | ---------- | X | CRM Direct Mail Letter, "Monday Morning" |
| Yes | 10-16-02 | 10-16-02 | 10-23 | Moore | | CRM IMPACT - September 2001 |
| Yes | 10-18-02 | 10-18-02 | 10-26 | ---------- | X | CRM IMPACT - January 2002 |
| Yes | 10-18-02 | 10-18-02 | 10-28 | ---------- | X | CRM IMPACT - April 2002 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Yes | 10-18-02 | 10-18-02 | 10-32 | ---------- | X | The Coral Ridge Hour Archive |
| Yes | 10-18-02 | 10-18-02 | 10-34 | ---------- | X | Truths that Transform Radio Broadcasts Archives - Defending the Ten Commandments |
| Yes | 10-18-02 | 10-18-02 | 10-35 | ---------- | X | Reclaiming America for Christ, Moore Petition |
| Yes | 10-18-02 | 10-18-02 | 10-36 | ---------- | X | Letter dated February 28, 2001, from Kennedy to Moore |
| Yes | 10-18-02 | 10-18-02 | 10-38 | ---------- | X | Letter dated March 5, 2002, from Kennedy to Moore |
| Yes | 10-18-02 | 10-18-02 | 10-39 | ---------- | X | Letter dated October 25, 2001, from Kennedy to Moore |
| Yes | 10-18-02 | 10-18-02 | 10-62 | ---------- | X | List of CRM television shows featuring Moore and the Ten Commandments |
| Yes | 10-17-02 | 10-17-02 | 11 | Moore | X | Young Deposition |
| Yes | 10-17-02 | 10-17-02 | 11-1 | Moore | X | Television Media Plan for Moore |
| Yes | 10-18-02 | 10-18-02 | 12 | ---------- | X | Coral Ridge Ministries Amended Privilege Log |
| Yes | 10-15-02 | 10-15-02 | 13 | ---------- | | Robin v Hardaway. 2 Va Repprts (Jeff) 108 (1772) (Ten Commandments Monument (TCM) source document) |
| Yes | 10-15-02 | 10-15-02 | 14 | ---------- | | The Federalist No. 43 (James Madison)(TCM source document) |
| Yes | 10-15-02 | 10-15-02 | 15 | ---------- | | I William Blackstone, Commentaries on the Laws of England 41 (1765) ( TCM source document) |
| Yes | 10-15-02 | 10-15-02 | 16 | ---------- | | H. R. Rep (no. 1693, adopting Pledge of Allegiance (1954) (TCM source document) |
| Yes | 10-15-02 | 10-15-02 | 17 | ---------- | | I James Wilson, The Works of the Honorable James Wilson 104-06 (Bird Wilson ed. 1804) (TCM source document) |
| Yes | 10-15-02 | 10-15-02 | 18 | ---------- | | Thomas Jefferson, Notes on the State of Virginia 168-69 (Frank Shuffelton ed. 1999) |
| Yes | 10-15-02 | 10-15-02 | 19 | ---------- | | George Washington, Farewell Address (1796) (TCM source document) |
| Yes | 10-15-02 | 10-15-02 | 20 | ---------- | | Judiciary Act of 1789, Sess. I, Ch.20, pp. 73-77 (1789) (TCM source document) |
| Yes | 10-15-02 | 10-15-02 | 21 | ---------- | | John Jay, Charge to the Grand Jury of the Circuit Court for the District of Vermont (1792) (TCM source document) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Yes | 10-15-02 | 10-15-02 | 25 | ----------- | | "Comments of Alabama Supreme Court Chief Justice Roy S. Moore Regarding Monument" (Unveiling Speech) |
| Yes * | 10-18-02 | 10-16-02 | 26 | Moore | | Transcript of Videotaped Proceedings of the Unveiling of the Monument |
| Yes | 10-17-02 | 10-17-02 | 27 | Moore | X | Transcript of Coral Ridge Ministries Program "Laws of Nature, Part II" |
| Yes | 10-17-02 | 10-17-02 | 28 | Moore | X | Transcript of Coral Ridge Ministries Program "Defending the Ten Commandments" |
| Yes | 10-17-02 | 10-17-02 | 29 | Moore | X | Transcript of Coral Ridge Ministries Program "One True God" |
| Yes | 10-17-02 | 10-17-02 | 30 | Moore | X | Transcript of Coral Ridge Ministries Program "The Ten Commandments of Trial" |
| Yes | 10-18-02 | 10-17-02 | 31 | Moore | X | Transcript of Moore's Remarks at the Ten Commandments Rally in Tennessee on December 2, 2001 |
| Yes | 10-15-02 | 10-15-02 | 32 | ----------- | | Excerpt from King James Version of The Holy Bible (1971 ed.) |
| Yes | 10-18-02 | 10-18-02 | 33 | ---------- | X | Press Release issued by Moore on November 1, 2001 (sent with letter dated August 5, 2002, by Melchior to plaintiffs |
| Yes | 10-18-02 | 10-18-02 | 34 | ---------- | X | Direct Mail Fundraising Reply Form used by Judge Roy Moore for Chief Justice Campaign Committee (discovery) |
| Yes | 10-17-02 | 10-17-02 | 35 | Moore | | Videotape of Moore's Tennessee Ten Commandments Rally speech on December 2, 2001 |
| Yes | 10-15-02 | 10-15-02 | 36 | ---------- | X | Videotape of Moore's Ten Commandments Monument installation speech on August 1, 2001 |
| Yes | 10-17-02 | 10-17-02 | 36A | ---------- | | COMPLETE Videotape of Moore's Ten Commandments Monument installation speech on August 1, 2001 |
| Yes | 10-18-02 | 10-18-02 | 37 | ---------- | X | Videotape of Two Moore television commercials (see Ex. 4 at para 3 for transcripts) |
| Yes | 10-18-02 | 10-18-02 | 38 | ---------- | | Compact Disc of one Moore radio commercial (see Ex. 4 at para 6 for transcript) |
| Yes ## | 10-22-02 | 10-22-02 | 39 | --------- | | Arthur Spitzer's deposition (with designations) |
| Yes | 10-22-02 | 10-22-02 | 39-1 | ---------- | | United States Supreme Court:  East Pediment |

| | | | | | |
|---|---|---|---|---|---|
| Yes | 10-22-02 | 10-22-02 | 39-2 | ---------- | United States Supreme Court:  West Pediment |
| Yes | 10-22-02 | 10-22-02 | 39-3 | ---------- | United States Supreme Court:  Figures of Justice |
| Yes | 10-22-02 | 10-22-02 | 39-4 | ---------- | United States Supreme Court:  The Bronze Doors |
| Yes | 10-22-02 | 10-22-02 | 39-5 | ---------- | United States Supreme Court:  Courtroom Friezes - North and South Walls |
| Yes | 10-22-02 | 10-22-02 | 39-6 | ---------- | United States Supreme Court:  Courtroom Friezes - East and West Walls |
| | | | 39-7 | | United States Department of Justice:  Papinian/Solon/Justinian |
| | | | 39-8 | | United States Department of Justice:  Constitution |
| | | | 39-9 | | United States Department of Justice:  Marshal |
| | | | 39-10 | | United States Department of Justice: Magna Charta |
| | | | 39-11 | | United States Department of Justice:  Menes/Moses/Hammurabi |
| | | | 39-12 | | United States Department of Justice:  Moses |
| Yes | 10-22-02 | 10-22-02 | 39-13 | ---------- | United States Supreme Court: Bronze Gate (book cover and two photographs) |
| Yes | 10-22-02 | 10-22-02 | 39-14 | ---------- | United States Supreme Court:  East Pediment (photograph from ground) |
| | | | 39-15 | | United States Navy Memorial & Naval Heritage Center:  Quote by Captain John Paul Jones:  " I HAVE NOT YET BEGUN TO FIGHT" |
| | | | 39-16 | | United States Navy Memorial & Naval Heritage Center:  Compass |
| | | | 39-17 | | United States Department of Justice:  Statue |
| | | | 39-18 | | United States Department of Justice: Jesus (close-up) |
| | | | 39-19 | | United States Department of Justice:  Socrates (close-up) |
| | | | 39-20 | | United Sates Department of Justice: Grotius and Vitoria, with Socrates in background |
| | | | 39-21 | | United States Department of Justice: Menes, Moses, and Hammurabi, with stairs showing |

| | | | | | |
|---|---|---|---|---|---|
| Yes | 10-22-02 | 10-22-02 | 39-22 | ---------- | E. Barrett Prettyman United States Court House - long shot |
| Yes | 10-22-02 | 10-22-02 | 39-23 | ---------- | E. Barrett Prettyman United States Court House - showing name of building, not showing column |
| Yes | 10-22-02 | 10-22-02 | 39-24 | ---------- | E. Barrett Prettyman United States Court House - Column, Side I (First Amendment) |
| Yes | 10-22-02 | 10-22-02 | 39-25 | ---------- | E. Barrett Prettyman United Sates Court House - Column, Side II (Excerpts) |
| Yes | 10-18-02 | 10-18-02 | 39-26 | Moore | E. Barrett Prettyman United States Court House - Column, Side III |
| Yes | 10-22-02 | 10-22-02 | 39-27 | ---------- | National Archives and Records Administration: Telephone Directory (Jan. 1987) - with Photograph of Lobby, Showing Medallion |
| Yes | 10-22-02 | 10-22-02 | 39-28 | ---------- | National Archives and Records Administration: Medallion |
| Yes | 10-22-02 | 10-22-02 | 39-29 | ---------- | National Archives and Records Administration: Detail of Medallion with Roman Numerals |
| Yes | 10-22-02 | 10-22-02 | 39-30 | ---------- | National Archives and Records Administration: Detail of Medallion with Fasces |
| Yes | 10-22-02 | 10-22-02 | 39-31 | ---------- | National Archives and Records Administration: Detail of Medallion with "JVS" |
| Yes | 10-22-02 | 10-22-02 | 39-32 | ---------- | National Archives and Records Administration: Detail of Medallion with "HISTORY" |
| | | | 39-33 | | United States Navy Memorial & Naval Heritage Center (pamphlet) |
| | | | 39-34 | | United States Navy Memorial & Naval Heritage Center - Long Shot (east fountain) |
| | | | 39-35 | | United States Navy Memorial & Naval Heritage Center - Detail from West Sculpture Wall |
| | | | 39-36 | | United States Navy Memorial & Naval Heritage Center - Lone Sailor Statue (long shot) |
| | | | 39-37 | | United States Navy Memorial & Naval Heritage Center - Lone Sailor Statue (close-up) |
| | | | 39-38 | | United States Navy memorial & Naval Heritage Center - Quote by President John F. Kennedy |

| | | | | | |
|---|---|---|---|---|---|
| Yes | 10-22-02 | 10-22-02 | 39-39 | ---------- | Postcard with Photograph of Old Senate Chamber (meeting place of United States Supreme Court from 1860-1935) |
| Yes | 10-22-02 | 10-22-02 | 39-40 | ---------- | Postcard with Photograph of Old Supreme Court Chamber (meeting place of United States Supreme Court from 1810-1860) |
| | | | 39-41 | | Diagram drawn by deponent Arthur Spitzer at deposition |
| | | | 39-42 | | United States Department of Justice: Aquinas and Holmes, with Jesus in background |
| | | | 39-43 | | United States Department of Justice: Jesus (distance) |
| | | | 39-44 | | United States Department of Justice: Holmes |
| | | | 39-45 | | United States Department of Justice: Great Hall |
| | | | 39-46 | | United States Department of Justice: Interpretation of the Law |
| | | | 39-47 | | United Sates Department of Justice:  Mural showing outlaws and judges |
| | | | 39-48 | | List of people depicted in murals in Great Hall, clockwise (excerpted from "rebuttal Fact and Expert Witness Report of John Eidsmoe," served August 13, 2002 |
| | | | 39-49 | | United States Department of Justice: Papinian, Solon, and Justinian, with stairs showing |
| | | | 40 | | Richard L. Hobson, Jr. Deposition (with designations) |
| Yes | 10-15-02 | 10-15-02 | 40-303 | ---------- | 5/23/01 letter from Thomas F. parker IV to David Chesak |
| Yes | 10-15-02 | 10-15-02 | 40-304 | ---------- | 5/30/01 letter from Thomas F. Parker IV to David Chesak |
| Yes | 10-15-02 | 10-15-02 | 40-305 | ---------- | 6/15/01 letter from Thomas F. Parker IV to David Chesak |
| Yes | 10-15-02 | 10-15-02 | 40-306 | ---------- | 6/27/01 letter from Thomas F. Parker IV to David Chesak |
| Yes | 10-22-02 | 10-22-02 | 41 | Finkelman | Paul Finkelman's Expert Report (Plaintiff) |
| Yes | 10-22-02 | 10-22-02 | 41-1 | Finkelman | Curriculum vitae of Paul Finkelman (attached to report as Exhibit A) |
| Yes | 10-22-02 | 10-22-02 | 41-2 | Finkelman | Secondary sources (attached to report as Exhibit B) |

| | | | | | |
|---|---|---|---|---|---|
| Yes | 10-22-02 | 10-22-02 | 41-3 | Finkelman | Codes and laws of the colonies (attached to report as Exhibit C) |
| | | | 42 | | Randall Balmer's Expert Report (Plaintiff) |
| Yes | 10-22-02 | 10-22-02 | 42-1 | Balmer | Statement of qualifications of Randall Balmer (attached to report as Exhibit A) |
| | | | 42-2 | | Supporting sources (attached to report as Exhibit B) |
| Yes | 10-21-02 | 10-21-02 | 43 | Gaustad | Edwin S. Gaustad's Expert Report (Plaintiff) |
| Yes | 10-21-02 | 10-21-02 | 43-1 | Gaustad | Abbreviated Curriculum Vita of Edwin Gaustad (attached to report as Exhibit A) |
| Yes | 10-16-02 | 10-16-02 | 44 | ----------- | June 28, 2002, Supreme Court of Alabama Order |
| Yes | 10-16-02 | 10-16-02 | 45 | ----------- | October 3, 2002, Supreme Court of Alabama Order |
| Yes | 10-16-02 | 10-16-02 | 46 | ----------- | Magistrate Judge Susan Walker's 10/8/02 Recommendation in Dallas v Haley, 02-T-777-N |
| Yes | 10-17-02 | 10-16-02 | 47 | ----------- | Cumberland Law Review Article by Hon. Roy S. Moore - "Religion in the Public Square" |
| Yes | 10-17-02 | 10-17-02 | 48 | ----------- | "A Guide to Alabama Court Procedures" |
| Yes | 10-17-02 | 10-17-02 | 49 | ----------- | September 5, 2001, Letter to Larry Darby from Chief Justice Roy S. Moore |
| Yes | 10-21-02 | 10-21-02 | 50 | M Novak | Gordon Wood's Book Review |
| Yes | 10-22-02 | 10-22-02 | 51 | ---------- | Diagram of Lobby of Alabama Supreme Court |

Dft's
EXHIBITS

NONJURY TRIAL COMMENCING 10/15/02

STEPHEN R. GLASSROTH, et al

v

ROY S. MOORE, etc.
CA NO 01-T-1268-N

**F I L E D**

OCT 2 3 2002

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**EXHIBITS: TWO BOXES AND TWO LARGE CHARTS - LOCATED IN EXHIBIT ROOM**

JUDGE MYRON THOMPSON, PRESIDING
Mitchell Reisner, Court Reporter

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| Yes | 10-18-02 | 10-18-02 | A-1 | Moore | X WD | East Portico of U. S. Supreme Court Building |
| Yes | 10-18-02 | 10-18-02 | A-2 | Moore | X | East Portico of U. S. Supreme Court Building |
| Yes | 10-18-02 | 10-18-02 | A-3 | Moore | X | East Portico of U. S. Supreme Court Building |
| Yes | 10-23-02 | 10-23-02 | A-4 | ---------- | | East Portico of U. S. Supreme Court Building |
| Yes | 10-18-02 | 10-18-02 | A-5 | Moore | X | Wood Carving on Main Entrance Door to Supreme Courtroom |
| Yes | 10-18-02 | 10-18-02 | B-1 | Moore | X | Front of E. Barrett Prettyman Building (United States Court House for District of Columbia) |
| Yes | 10-18-02 | 10-18-02 | B-2 | Moore | X | Side of Pylon located in front of E. Barrett Prettyman Building |
| Yes | 10-18-02 | 10-18-02 | B-3 | Moore | X | (Dove w/Olive Branch) Portion of Side of Pylon located in front of E. Barrett Prettyman Building |
| Yes | 10-18-02 | 10-18-02 | B-4 | Moore | X | (Cross and Decalogue in Hebrew) Portion of Side of Pylon located in front of E. Barrett Prettyman Building |
| Yes | 10-18-02 | 10-18-02 | B-5 | Moore | X | (Decalogue on Cloud) Portion of Side of Pylon located in front of E. Barrett Prettyman Building |
| Yes | 10-18-02 | 10-18-02 | B-6 | Moore | X | (Woman in Prayer Giving Thanks) Portion of Side of Pylon located in front of E. Barrett Prettyman Building |
| Yes | 10-18-02 | 10-18-02 | B-7 | Moore | X | (Preamble to Declaration of Independence; Preamble to U. S. Constitution; Due Process Clause) Side of Pylon located in front of E. Barrett Prettyman Building |
| Yes | 10-18-02 | 10-18-02 | B-8 | Moore | X | A Description of the Building and Copies of the Floor Plan of E. Barrett Prettyman Building |

| | | | C | | | George Gurney, *Sculpture and the Federal Triangle* (Smithsonian Institution 1985) |
|---|---|---|---|---|---|---|
| | | | C-1 | | | George Gurney, *Sculpture and the Federal Triangle,* 190, Fig. 112 (Smithsonian Institution 1985) The Great Reception Hall |
| | | | C-2 | | | George Gurney, *Sculpture and the Federal Triangle,* 191 (Fig. 113 (Spirit of Justice) and 114 (Majesty of Law) (Smithsonian Institution 1985) |
| | | | C-3 | | | George Gurney, *Sculpture and the Federal Triangle,* 177, Fig 95 (Interpretation of the Lw) (Smithsonian Institution 1985) |
| | | | C-4 | | | Antonio Vasaio, *The Fiftieth Anniversary of U. S. Department Building,* 43, Plate 32 (Spirit of Justice nd Majesty of Law (1934-1984) |
| | | | D-1 | | | *Art in the United Sates Capitol* (Washington 1978) (p. 283 - Location of twenty-three marble relief portraits over the Gallery Doors of the House of Representatives) (p. 282 - Reliefs in the House Chambers - Lawgivers) |
| | | | D-2 | | | Photographs of plaster casts depicting marble relief portraits over the Gallery Doors of the House of Representatives (Raburn Building, Washington, DC) |
| Yes | 10-18-02 | 10-18-02 | E-1 | Moore | X | Photo of Pennsylvania Supreme Courtroom (Pennsylvania Capitol Building) |
| Yes | 10-18-02 | 10-18-02 | E-2 | Moore | X | Decalogue Mural above the Bench where the Pennsylvania Supreme Court sits to hear oral argument |
| Yes | 10-18-02 | 10-18-02 | E-3 | Moore | X | Enlargement of Decalogue Mural in Pennsylvania Supreme Courtroom |
| Yes | 10-18-02 | 10-18-02 | E-4 | Moore | X | The Decalogue Mural above the Bench where the Pennsylvania Supreme Court sits to hear oral argument |
| Yes | 10-18-02 | 10-18-02 | E-5 | Moore | X | The Scale of the Law Mural - Pennsylvania Supreme Courtroom |
| Yes | 10-18-02 | 10-18-02 | E-6 | Moore | X | The Common Law Mural - Pennsylvania Supreme Courtroom |
| Yes | 10-18-02 | 10-18-02 | E-7 | Moore | X | The Spirit of Law Mural - Pennsylvania Supreme Courtroom |

| | | | | | | |
|---|---|---|---|---|---|---|
| Yes | 10-18-02 | 10-18-02 | E-8 | Moore | X | Disarmament Mural (Christ Walking on Agitated Waters - International Law) - Pennsylvania Supreme Courtroom |
| Yes | 10-18-02 | 10-18-02 | E-9 | Moore | X | The Beatitudes Mural - Pennsylvania Supreme Courtroom |
| Yes | 10-18-02 | 10-18-02 | E-10 | Moore | X | Blackstone's Commentaries - Pennsylvania Supreme Courtroom |
| Yes | 10-18-02 | 10-18-02 | E-11 | Moore | X | The Spirit of William Blackstone - Pennsylvania Supreme Courtroom |
| Yes | 10-18-02 | 10-18-02 | E-12 | Moore | X | Code of Justinian Mural - Pennsylvania Supreme Court |
| Yes | 10-18-02 | 10-18-02 | E12A | Moore | X | Pamphlet |
| Yes | 10-18-02 | 10-18-02 | E-13 | Moore | X | Ceiling Mural depicting Moses with Decalogue - Pennsylvania Supreme Courtroom |
| | | | E-14 | | | Ruth Hoover Seitz, *Pennsylvania's Capitol* (Harrisburg, PA 1995) |
| Yes | 10-18-02 | 10-18-02 | E-15 | Moore | | Divine Law Mural - Pennsylvania Supreme Courtroom |
| Yes | 10-23-02 | 10-23-02 | E-16 | ---------- | | Wording on Divine Law Mural and Decalogue Mural - Pennsylvania Supreme Courtroom |
| Yes | 10-18-02 | 10-18-02 | E-17 | Moore | | Spirit of Law Mural and Scale of the Law Mural - Pennsylvania Supreme Courtroom |
| Yes | 10-18-02 | 10-18-02 | F | Moore | | Partial list of documents and publications studied by Chief Justice Moore |
| Yes | 10-15-02 | 10-15-02 | G | ------------ | | Preliminary sketches and design for Monument created by Chief Justice Moore |
| Yes | 10-15-02 | 10-15-02 | H-1 | ------------ | | Language on Front Panel of Monument with Supporting documentation for quotes appearing thereon |
| Yes | 10-15-02 | 10-15-02 | H-2 | ------------- | | Language on Left Side panel of Monument with supporting documentation for quotes appearing thereon |
| Yes | 10-15-02 | 10-15-02 | H-3 | ------------- | | Language on Back Panel of Monument with supporting documentation for quotes appearing thereon |
| Yes | 10-15-02 | 10-15-02 | H-4 | ------------ | | Language on Right Side panel of Monument with supporting documentation for quotes appearing thereon |

| Yes | 10-15-02 | 10-15-02 | I | ------------ | | Deed of Gift |
|-----|----------|----------|---|--------------|---|--------------|
| Yes | 10-15-02 | 10-15-02 | J | ------------ | | Amended and Restated Lease Agreement |
| Yes | 10-15-02 | 10-15-02 | K | ------------ | | Comments of Alabama Supreme Court Chief Justice Roy S. Moore Regarding Monument |
| | | | L-1 | | | Draft of proposed pamphlet/brochure explaining Moral Foundation of Law Monument and Quotes |
| | | | L-2 | | | Draft of proposed pamphlet/brochure explaining Moral Foundation of Law Monument and Quotes |
| Yes | 10-18-02 | 10-18-02 | M1 | Moore | | *Our Legal Heritage* booklet created by Chief Justice Moore |
| Yes | 10-18-02 | 10-18-02 | M2 | Moore | | *Our Legal Heritage* booklet created by Chief Justice Moore |
| Yes | 10-18-02 | 10-18-02 | N | Moore | | Names of the Subscribers, *Blackstone's Commentaries on the Laws of England*, Vol IV (United States Printing) |
| **NO** | 10-18-02/ 10-23-02 | 10-18-02 | O | Moore | X | James H. Hutson, *Thomas Jefferson's Letter to the Danbury Baptists: A Controversy Rejoined*, Wm. & Mary Qtrly., 3rd Series, Vol. LVI, Number 4, October 1999 |
| | | | P | | | James H. Hutson, *Religion and the Founding of the American Republic* (Library of Congress, Washington 1998) |
| | | | Q | | | Charles C. Haynes, *Religion In American History - What to Teach and How*, pp 135-38 (1990); Memorandum from William O. Douglas to Hugo Black, June 11, 1962 re: *Engel v Vitale* |
| Yes | 10-21-02 | 10-21-02 | R | M Novak | X | Expert Report of Michael Novak |
| | | | S | | | Expert Report of Rabbi David Novak |
| | | | T | | | Expert Report of James R. Stone, Jr. |
| | | | U | | | Expert Report of Father Joseph Jensen |
| | | | V | | | Expert Report of Harold O. J. Brown |
| Yes | 10-15-02 | 10-15-02 | W | ------------ | | Deposition of Stephen R. Glassroth |
| Yes | 10-15-02 | 10-15-02 | X | ------------ | | Deposition of Melinda Maddox |
| Yes | 10-15-02 | 10-15-02 | Y | ------------ | | Deposition of Beverly Howard |

| | | | | | | |
|---|---|---|---|---|---|---|
| Yes | 10-15-02 | 10-15-02 | Z-1 thru Z-8 | ------------ | | Photographs of Moral Foundation of Law Plaque, Bill of Rights Plaque and Monument Located in Rotunda Area of Alabama State Judicial Building |
| | | | AA | | | Deposition of D. James Kennedy |
| | | | BB | | | Deposition of Edwin Gaustad |
| | | | CC | | | Deposition of Harold O. J. Brown |
| | | | DD-1 | | | Deposition of Chief Justice Roy S. Moore (Dees) - Excerpt |
| | | | DD-2 | | | Deposition of Chief Justice Roy S. Moore (Khan) - Excerpt |
| | | | EE | | | |
| | | | FF | | | |
| | | | GG | | | |
| Yes | 10-16-02 | 10-16-02 | HH1 | ------------ | | Alabama Supreme Court Docket Sheet re Donald Dallas (Montgomery Circuit Court CC-94-2142.60; Criminal Appeals CR-01-1088 |
| Yes | 10-16-02 | 10-16-02 | HH2 | ------------ | | United States District Court's 10/15/02 Order Staying Execution of Death-Row Inmate |
| | 10-16-02 | 10-16-02 | HH3 | ------------ | X | Affidavit |
| Yes | 10-17-02 | 10-17-02 | II | ------------ | | Curriculum Vitae of David Novak |
| Yes | 10-22-02 | 10-21-02 | JJ | ------------ | | James Madison, Memorial and Remonstrance Against Religious Assessments 20 June 1785 |
| Yes | 10-22-02 | 10-21-02 | KK | ------------ | | Virginia Declaration of Rights 12 June 1776 |
| Yes | 10-22-02 | 10-21-02 | LL | ------------ | | Thomas Jefferson, A Bill for Establishing Religious Freedom 12 June 1779 and Virginia, Act for Establishing Religious Freedom 31 Oct. 1785 |
| Yes | 10-22-02 | 10-22-02 | MM | ------------ | | George Washington's Reply to the Hebrew Congregation, Newport, Rhode Island, 17 August 1790 |
| Yes | 10-22-02 | 10-22-02 | NN 1-7 | ------------ | X | Photos of Themis Monument, USDC, MDA |
| Yes | 10-22-02 | 10-22-02 | OO | ------------ | X | Chart with Themis Photograph |
| Yes | 10-23-02 | 10-23-02 | PP | ------------ | | Letter Size Copies of Photographs in Exhibit OO |
| Yes | 10-18-02 | 10-18-02 | 37-1 | ------------ | | Photo |

| Yes | 10-18-02 | 10-18-02 | 37-2 | ------------ | Photo |
| Yes | 10-18-02 | 10-18-02 | 37-3 | ------------ | Photo |
| | | | 38 | | |
| Yes | 10-18-02 | 10-18-02 | 39-13A | ------------ | Photo |
| Yes | 10-18-02 | 10-18-02 | 39-13B | ------------ | Photo |